**Gerry C. DUBOSE, Appellant,**

v.

**Gerald LADWIG, individually and as an agent of Minnesota State Patrol; Cardinal Towing, individually and as a business associate of Minnesota State Patrol; Minnesota State Patrol, Appellees.**

No. 03–2556.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 6, 2004.

Decided Feb. 17, 2004.

Gerry C. DuBose, pro se, Brooklyn Park, MN, for Plaintiff–Appellant.

Walter Karl Hansen, Attorney General's Office, St. Paul, MN, James J. Tuzinski, Tuzinski Law Office, Minneapolis, MN, for Defendants–Appellees.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Gerry C. DuBose appeals the district court's [1] adverse grant of summary judgment and the court's subsequent refusal to reconsider its decision. Upon *de novo* review, *see Dennen v. City of Duluth,* 350 F.3d 786, 790 (8th Cir.2003), we find DuBose's arguments lack merit, and we conclude the district court properly granted summary judgment in favor of the defendants. We also conclude that the district court did not abuse its discretion in declining to reconsider the grant of summary judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.